[No. 2636–2.   Division Two.   September 30, 1977.]

NANCY ZARELLI, *Respondent,* v. ANTHONY ZARELLI, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 170130, William L. Brown, Jr., J., entered

October 21, 1976. *Affirmed as modified* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Reed, JJ.